EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:       440-9248
facsimile:       541-2958
e-mail:          wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2004

at 3 o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR04-00168 SOM |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| BRADLEY DEAN MAHINA PAI, ) | [18 U.S.C. § 922(g)(1)] |
| Defendant. ) | |

### I N D I C T M E N T
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about March 30, 2004, in the District of Hawaii, defendant BRADLEY DEAN MAHINA PAI, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to

wit: a NORINCO, Model Paratrooper, 7.62 x 39mm caliber rifle, bearing serial number 10150576P.

    All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

    DATED: April 21, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney