## UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 11, 2006

A. Catterson, Clerk
U.S. Court of Appeals
    For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    In Re:  U.S.A. vs. BRADLEY DEAN MAHINA PAI
           Criminal No. CR 04-00168SOM
           CA No. 05-10459

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    **(2) TWO CLERK'S FILE**

Sealed document in expanding folder:
    **(2) TWO SEALED DOCUMENTS: #75 & #77**

Reporters transcripts:
    **(11) ELEVEN TRANSCRIPTS: 04/22/2004; 05/04/2004; 06/02/2004; 07/30/2004; 08/23/2004; 10/04/2004; 11/19/2004; 02/22/2005; 03/09/2005; 06/16/2005 & 06/17/2005.**

and a certified copy of the docket sheet.  Thank you.

                              Sincerely,

                              SUE BEITIA, Clerk

                              By: */s/ Bernadette Aurio*

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: ALL COUNSEL

## UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 11, 2006

A. Catterson, Clerk
U.S. Court of Appeals
    For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    In Re:  U.S.A. vs. BRADLEY DEAN MAHINA PAI
          Criminal No. CR 04-00168SOM
          CA No. 05-10459

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    **(2) TWO CLERK'S FILE**

Sealed document in expanding folder:
    **(2) TWO SEALED DOCUMENTS: #75 & #77**

Reporters transcripts:
    **(11) ELEVEN TRANSCRIPTS: 04/22/2004; 05/04/2004; 06/02/2004; 07/30/2004; 08/23/2004; 10/04/2004; 11/19/2004; 02/22/2005; 03/09/2005; 06/16/2005 & 06/17/2005.**

and a certified copy of the docket sheet. Thank you.

                Sincerely,

                SUE BEITIA, Clerk

                By: */s/ Bernadette Aurio*

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: ALL COUNSEL

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 11, 2006

A. Catterson, Clerk
U.S. Court of Appeals
    For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    In Re:  U.S.A. vs. BRADLEY DEAN MAHINA PAI
           Criminal No. CR 04-00168SOM
           CA No. 05-10459

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    **(2) TWO CLERK'S FILE**

Sealed document in expanding folder:
    **(2) TWO SEALED DOCUMENTS: #75 & #77**

Reporters transcripts:
    **(11) ELEVEN TRANSCRIPTS: 04/22/2004; 05/04/2004; 06/02/2004; 07/30/2004; 08/23/2004; 10/04/2004; 11/19/2004; 02/22/2005; 03/09/2005; 06/16/2005 & 06/17/2005.**

and a certified copy of the docket sheet.  Thank you.

                        Sincerely,

                        SUE BEITIA, Clerk

                        By: */s/ Bernadette Aurio*

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: ALL COUNSEL

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TEL (808) 541-1300
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (808) 541-1303

May 11, 2006

A. Catterson, Clerk
U.S. Court of Appeals
　　For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

　　　　In Re:  U.S.A. vs. BRADLEY DEAN MAHINA PAI
　　　　　　　Criminal No. CR 04-00168SOM
　　　　　　　CA No. 05-10459

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
　　**(2) TWO CLERK'S FILE**

Sealed document in expanding folder:
　　**(2) TWO SEALED DOCUMENTS: #75 & #77**

Reporters transcripts:
　　**(11) ELEVEN TRANSCRIPTS: 04/22/2004; 05/04/2004; 06/02/2004; 07/30/2004; 08/23/2004; 10/04/2004; 11/19/2004; 02/22/2005; 03/09/2005; 06/16/2005 & 06/17/2005.**

and a certified copy of the docket sheet.  Thank you.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　SUE BEITIA, Clerk

　　　　　　　　　　　　　　　　　　By: */s/ Bernadette Aurio*

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____　　　Date: _____

cc: ALL COUNSEL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 11, 2006

A. Catterson, Clerk
U.S. Court of Appeals
    For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    In Re: U.S.A. vs. BRADLEY DEAN MAHINA PAI
          Criminal No. CR 04-00168SOM
          CA No. 05-10459

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    **(2) TWO CLERK'S FILE**

Sealed document in expanding folder:
    **(2) TWO SEALED DOCUMENTS: #75 & #77**

Reporters transcripts:
    **(11) ELEVEN TRANSCRIPTS: 04/22/2004; 05/04/2004; 06/02/2004; 07/30/2004; 08/23/2004; 10/04/2004; 11/19/2004; 02/22/2005; 03/09/2005; 06/16/2005 & 06/17/2005.**

and a certified copy of the docket sheet. Thank you.

                Sincerely,

                SUE BEITIA, Clerk

                By: */s/ Bernadette Aurio*

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: ALL COUNSEL