# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE BETTY FLETCHER

September 1, 2006

District Court/Agency:   USDC, District of Hawaii

Lower Court #   CR-04-00168SOM

9th Circuit Appeal #   05-10459

Short title:   US v. Pai

Items returned:

  2   Clerk's Files

  11  Reporter Transcripts

  2   Sealed Envelopes

      Expando Files

      Lodged Documents

      Other:

NOTE: The following items are missing and a search has been placed. All missing items will be returned as soon as possible:

RECEIVED
CLERK, U.S DISTRICT COURT
SEP - 7 2006
DISTRICT OF HAWAII