NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
BRADLEY DEAN MAHINA PAI©TM
defendant by Bradley Dean Mahina Pai

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2007

at 8 o'clock and 35 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, plaintiff, v. Bradley Dean Mahina Pai, defendant. | Cr. No. 04-00168 SOM<br><br>18 U.S.C. §922(g)(1)<br><br>Sentence: 6/16, 17/05<br>The Hon. Susan Oki Mollway<br><br>NOTICE OF HEARING ON BRADLEY DEAN MAHINA PAI©TM defendant by Bradley Dean Mahina Pai's MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; BRADLEY DEAN MAHINA PAI©TM defendant by Bradley Dean Mahina Pai's MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
|---|---|

Motion Hearing Date:
Time:
The Hon. S. Mollway

NOTICE OF HEARING ON BRADLEY DEAN MAHINA PAI©TM defendant by Bradley Dean Mahina Pai's MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

TO:
    Wes Porter, Esq.
    300 Ala Moana Blvd. Ste. 6100
    Honolulu, Hawaii 96850

for the United States of America

Martin Romualdez
U.S. Probation
300 Ala Moana Blvd. 2-215

Honolulu, HI 96850

PLEASE TAKE NOTICE that the attached Motion will be heard before the Hon. _Susan Oki Mollway, Judge of the above-entitled court in his courtroom on ___**day**, _____, 2007 at __:__ **o'clock a/p.m.** or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, ____MAY 0 9 2007____.

_____
STUART N. FUJIOKA, Atty. for movant