IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>plaintiff,<br><br>v.<br><br>BRADLEY DEAN MAHINA PAI,<br><br>defendant.. | Cr. No. 04-00168 SOM<br><br>18 U.S.C. §922(g)(1) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

Wes Porter
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

Martin Romualdez
300 Ala Moana Blvd. 2-215
Honolulu, HI 96850
U.S. Probation

Dated: Honolulu, Hawaii, May 9, 2007.

_____
Stuart N. Fujioka

c:\fedcrim\2004\bradpai\certserv.001