EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | )<br>) | CR. NO. 04-00168 SOM |
|---|---|---|
| Plaintiff, | )<br>) | |
| vs. | )<br>)<br>) | GOVERNMENT'S STATEMENT OF<br>NO OPPOSITION TO DEFENDANT'S<br>MOTION FOR EARLY TERMINATION |
| BRADLEY DEAN MAHINA PAI, | )<br>) | OF SUPERVISED RELEASE;<br>CERTIFICATE OF SERVICE |
| Defendant. | ) | |

GOVERNMENT'S STATEMENT OF NO OPPOSITION TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

      The United States has consulted with the United States Probation officer assigned to this case and has no objections to Defendant's Motion for Early Termination of Supervised Release.

      DATED:  May 22, 2007, at Honolulu, Hawaii.

                               EDWARD H. KUBO, JR.
                               United States Attorney
                               District of Hawaii


                               By /s/ Ronald G. Johnson
                                  RONALD G. JOHNSON
                                  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

STUART N. FUJIOKA, ESQ.          May 22, 2007
stuart@nishiokafujiokalaw.com

Attorney for Defendant
BRADLEY DEAN MAHINA PAI


Served by hand delivery:

U.S. PROBATION OFFICE            May 22, 2007
300 Ala Moana Blvd., Room 2-215
Honolulu, Hawaii 96850

Attn:  Martin Romualdez

DATED:  Honolulu, Hawaii, May 22, 2007.


                              /s/ Janice Tsumoto