Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
**FOR THE**
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2007

at __8__ o'clock and __05__ min. __A__ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                         Criminal No. CR 04-00168SOM-01

BRADLEY DEAN MAHINA PAI

On 6/17/2005, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 24 months of supervision.

Respectfully submitted,

_____
J. MARTIN ROMUALDEZ
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23d day of May, 2007.

_____
SUSAN OKI MOLLWAY
U.S. District Judge